UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **AMBER BLACK** and **TABITHA SMITH,** individually and on behalf of all other similarly situated individuals, | § § § § | |
| *Plaintiffs*, | § § | **CIVIL ACTION NO.** **1:20-cv-00528-LY** |
| v. | § § | |
| **C3/CUSTOMERCONTACTCHANNELS, INC.** and **C3/CUSTOMERCONTACT CHANNELS HOLDINGS, INC.,** | § § § § § | |
| *Defendants.* | § § | |

## JOINT MOTION FOR APPROVAL OF CONFIDENTIAL COLLECTIVE ACTION SETTLEMENT AGREEMENT AND RULE 41 DISMISSAL WITH PREJUDICE

NOW COME Plaintiffs (including all persons who have filed consents to join this action) (collectively, "Plaintiffs") and Defendants, (collectively, "the Parties"), who together move this Court for approval of a private settlement reached among them in connection with all issues raised in this lawsuit. There are *bona fide* disputes between the parties concerning the hours worked and pay received by the Plaintiffs, including in some instances overtime pay. The Parties have discussed these matters at length, and this settlement resolves all disputes and controversies that exist between and among them, both as to liability and amount, if any, of damages or for any other relief. No party or counsel is aware of anyone other than those who are participating in the proposed settlement who is relying upon the parties to protect their FLSA or other interests. While Defendants have denied all claims and liability alleged, the Parties desire to compromise and fully and finally settle all claims made herein without incurring significant additional time and the expense associated with continuing litigation.

Accordingly, the Parties announce that subject to court approval, they now jointly move the Court for prejudicial dismissal of all claims by all parties as set forth within the separately-filed (under seal) Confidential Settlement Agreement (the "Agreement"). As part of facilitating settlement, the Parties will waive the requirement of arbitrating this case pursuant to the Court's earlier order, Doc. No. 27, and agree that if the settlement is approved and the case is dismissed, that order may now be found to be moot.

The Agreement is a fair and reasonable resolution of the Parties' disputes as to claimed FLSA liability and damages. Further, the FLSA settlement fund substantially compensates Plaintiffs for their alleged unpaid wages. In addition, the Parties request that this Court approve Plaintiffs' reasonable attorneys' fees and case expenses, per the terms set forth in the confidential settlement agreement.

WHEREFORE, based upon the above, the Parties respectfully request that this Court approve the confidential settlement agreement, enter the Proposed Order, and dismiss this case in its entirety with prejudice.

Date:   July 15, 2021                                             Respectfully submitted,

                                                                  By: /s/ *Trenton R. Kashima*
                                                                  Derek B. Hilley
                                                                  Texas Bar No. 24056770
                                                                  Carlos A. Solis
                                                                  Texas Bar No. 24060636
                                                                  HILLEY & SOLIS LAW, PLLC
                                                                  6243 IH-10 W, Suite 503
                                                                  San Antonio, TX 78201
                                                                  (210) 446-5000
                                                                  (210) 446-5001  FAX
                                                                  dhilley@hilley-solis.com
                                                                  csolis@hilley-solis.com

                                                                  Thomas Joseph McHugh
                                                                  Texas Bar No. 13675000

THE LAW OFFICES OF THOMAS J. MCHUGH, PLLC
6243 IH-10 W, Suite 503
San Antonio, TX 78201
(210) 227-4662
(210) 227-1501  FAX
thomasjmchughlaw@gmail.com

Trenton R. Kashima (Pro Hac)
California Bar No. 291405
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, CA  92101
(619) 762-2125
(619) 762-2123  FAX
tkashima@sommerspc.com

Alana A. Karbal
SOMMERS SCHWARTZ, P.C.
akarbal@sommerspc.com
Kevin J. Stoops (Pro Hac)
Michigan Bar No. 64371
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, MI 48076
(248) 335-0300
(248) 746-4001  FAX
kstoops@sommerspc.com

*Attorneys in Charge for Plaintiffs*

*/s/ Michael V. Abcarian*
Michael V. Abcarian
Attorney-In-Charge
Texas Bar No. 00799900
SD Bar No. 19980
FISHER & PHILLIPS LLP
500 North Akard, Suite 3550
Dallas, Texas 75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
mabcarian@fisherphillips.com

*Attorneys in Charge for Defendants*

**JOINT MOTION FOR APPROVAL OF CONFIDENTIAL COLLECTIVE ACTION
SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE – PAGE 3**
FP 40774937.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ Michael V. Abcarian*
                                              Michael V. Abcarian