THERE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMBER BLACK and TABITHA SMITH, *individually and on behalf of all other similarly situated individuals,*<br><br>*Plaintiffs,*<br><br>v.<br><br>C3/CUSTOMERCONTACTCHANNELS, INC. and C3/CUSTOMERCONTACT CHANNELS HOLDINGS, INC.,<br><br>*Defendants.* | CIVIL ACTION NO.<br>1:20-cv-00528-LY |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL COLLECTIVE ACTION AND RULE 23 SETTLEMENT AGREEMENT AND DISMISSING LAWSUIT WITH PREJUDICE

Pending before this Court is the Parties' Joint Motion for Approval of Confidential Collective Action Settlement Agreement ("Motion"). For reasons set forth in the Motion, including that the settlement resolves *bona fide* disputes over the parties' rights under the FLSA and the Court's further finding that the agreed settlement is both fair and reasonable, the Court concludes that there is GOOD CAUSE to approve agreed resolution pursuant to the confidential settlement agreement previously tendered to the Court for *in camera* review.

THEREFORE, IT IS ORDERED THAT the parties' joint motion for settlement approval is GRANTED. All claims made herein are DISMISSED with prejudice; the order compelling the parties to arbitrate their disputes (Doc. No. 27) is VACATED as moot; and each party is to bear their respective court costs and legal fees in this matter. All relief not expressly granted is DENIED, and all proceedings in this case are hereby terminated.

Signed this ____ day of July, 2021.

_____
HON. LEE YEAKEL
UNITED STATES DISTRICT JUDGE

FP 40319722.1