IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMBER BLACK AND TABITHA SMITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>PLAINTIFFS,<br><br>V.<br><br>C3/CUSTOMERCONTACTCHANNELS, INC. AND C3/CUSTOMERCONTACTCHANNELS HOLDINGS, INC.,<br>DEFENDANTS. | CAUSE NO. 1:20-CV-528-LY |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On this date, the court rendered an order granting the parties' Joint Motion for Approval of Confidential Collective Action Settlement Agreement and Rule 41 Dismissal with Prejudice filed July 16, 2021 (Doc. #29). As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 27th day of July, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE